## JAMES MELTON v. THE STATE.

SLANDER.— INFORMATION in the prosecution of a defendant for imput-
ing to a female a want of chastity, which fails to set forth, at least
substantially, the words constituting the imputation, is insufficient
to sustain a conviction for slander.

APPEAL from the County Court of Young.    Tried be-
low before the Hon. J. H. GLASGOW, County Judge.

The opinion states the case.

*Rector & Thompson*, for the appellant.

*H. M. Holmes*, for the State.

WILLSON, J.    The defendant is charged by information
with imputing to a female a want of chastity.    The words
constituting the alleged slander are not set out in the in-
formation.    In the case of *Lagrone* v. *State*, decided at
the present term of this court (*ante*, p. 426), we held that
an information which failed to set forth, at least substan-
tially, the words constituting the imputation, was fatally
defective; and we so hold in this case.

The judgment is reversed and the cause dismissed.
*Reversed and dismissed.*